# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLEVINS and FERNANDO GIRON, individuals, on behalf of the State of California, as private attorneys general and on behalf of a class of all similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MOTEL 6 OPERATING L.P.; and G6 HOSPITALITY LLC.,<br><br>Defendants. | CASE NO. 2:20-cv-00631-TLN-AC<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION** |

The Court, having considered the Stipulation of Plaintiffs MICHAEL BLEVINS and FERNANDO GIRON (collectively, "Plaintiffs") and Defendants MOTEL 6 OPERATING L.P. ("Motel 6") and G6 HOSPITALITY LLC ("G6 Hospitality") (collectively, "Defendants") (collectively, the "Parties") and the finding good cause appearing for the Parties' joint request, now enters the following order:

1. The above-captioned action and all further proceedings are hereby stayed in their entirety pending the mediation scheduled for November 11, 2020, with Jay Gandhi;

2. No party is waiving any rights or arguments otherwise available, including the right to move for or oppose a motion to compel arbitration, as a result of this stay;

3. The Parties shall inform the Court of the outcome of that mediation within 30 days of its resolution; and

4. The stay of the above-captioned action shall be in place until lifted by the Court. Should the mediation prove unsuccessful, the Parties will file a joint request for the Court to lift the stay within 30 days of the mediation.

**IT IS SO ORDERED**.

DATED: August 5, 2020

_____
Troy L. Nunley
United States District Judge